

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00263-CV

---

TIMOTHY CASTLEMAN AND CASTLEMAN CONSULTING, LLC, APPELLANTS

V.

INTERNET MONEY LIMITED D/B/A THE OFFLINE ASSISTANT AND KEVIN O'CONNOR, INDIVIDUALLY, APPELLEES

---

No. 07-20-00264-CV

---

IN RE TIMOTHY CASTLEMAN AND CASTLEMAN CONSULTING, LLC, RELATORS

November 23, 2020

## ORDER

Before QUINN, C.J., PARKER, and DOSS, JJ.

Internet Money Limited d/b/a The Offline Assistant and Kevin O'Connor (Offline) moved to dismiss the above-numbered consolidated proceedings. The latter concern the denial of a temporary injunction, an interlocutory appeal therefrom, and a petition for a writ of injunction to preserve the jurisdiction of this Court pending disposition of the interlocutory appeal. Offline asserts that the trial court's entry, subsequent to Castleman filing the above referenced proceedings, of a final order or summary judgment rendered both proceedings moot. We deny the motion without prejudice.

The motion to dismiss is founded upon the existence of a final order or summary judgment entered by the trial court in the underlying cause, No. 2020-540288. The trial court did sign, on October 29, 2020, an order granting Offline's motion for summary judgment. It stated:

> On October 14, 2020, the Court having considered [Offline's] Motion for Summary Judgment to be in proper form . . . the Court after reviewing the pleadings, motions, exhibits, and responses on file, is of the opinion that the Motion for Summary Judgment should be granted.
>
> IT IS, THEREFORE, ORDERED that the . . . Motion for Summary Judgment is Granted.
>
> SO ORDERED.

Nowhere in the order is there any declaration as to whether any party was granted or denied final relief, in whole or in part, or whether there remains any unresolved issue pending in the trial court. The writing, which demonstrates only the trial court's ruling viz a motion, is neither a final appealable order nor a final appealable summary judgment for the reasons described in our opinion in Cause No. 07-20-00312-CV, styled *Timothy Castleman, et al. v. Internet Money Ltd., et al.* It fails to adjudicate the rights involved or evince a final result recognized by the law. Consequently, the foundation to the pending motion is lacking.

We deny the motion to dismiss without prejudice to refiling same if the trial court enters a final, appealable order or summary judgment in the underlying cause.

Per Curiam

2